AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2026

SEAN F. McAVOY, CLERK

ROY HOWARD MURRY, )
*Plaintiff* )
v. )
DESARAYE CAUGHRON; DEREK ANDERSON; GABRIEL LAPSLEY; CHRISTOPHER SQUIVEL; STEVEN ARRASMITH, Correctional Officers; DENNIS HUGGINS and KRISTOFER MILLER, Correctional Sergeants; GARY PIERCE, Disciplinary Hearing Officer; LONNIE ROBERTS, CPM/Grievance Investigator; and DONALD HOLBROOK, current and former Superintendents, Washington State Penitentiary, )
*Defendant* )

Civil Action No. 4:24-CV-5019-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to Rule 41, this action is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice

Date: January 29th, 2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*